

# NUMBER 13-24-00468-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JULISSA FLORES,                                                                 Appellant,

v.

DEREK LOETZERICH,                                                            Appellee.

## ON APPEAL FROM THE 332ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This matter is before this Court on an agreed motion for dismissal of this appeal. Appellant has requested this Court dismiss the appeal as the parties have entered into an agreement to resolve the matter with the underlying trial cause number C-3818-24-F non-suited. Upon review of the agreed motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1).

Therefore, the agreed motion for dismissal is granted, and the appeal is hereby dismissed. Any pending motions are dismissed as moot. Costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
27th day of February, 2025.

2